# MINUTE ORDER OF THE UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

Case Name: **Khedry-Kiyarsi v. Divver, et al.**    Case Number: 26-cv-00623-CAB-AHG

Hon. Cathy Ann Bencivengo    Ct. Deputy Lori Hernandez    Rptr Tape: N/A

A petition for a writ of habeas corpus was filed for Petitioner by counsel in this case.  [Doc. No. 1.]  Petitioner subsequently filed a pro se petition in a separate case.  [Case No. 3:26-cv-00895-CAB-AHG, Doc. No. 1.]  By **March 3, 2026**, counsel for Petitioner shall consult with Petitioner and advise the Court whether Petitioner wishes to proceed with this case or with his pro se petition.

Date:  February 24, 2026    Initials:  MS