UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

HEIDAR KHEDRY-KIYARSI,

Petitioner,

v.

PATRICK DIVVER, et al.,

Respondents.

Case No.:  3:26-cv-623-CAB-AHG

**ORDER CLOSING CASE**

Petitioner Heidar Khedry-Kiyarsi Guillen filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241. [Doc. No. 1 ("Petition").]  The Court ordered a bond hearing. [Doc. No. 7.]  Petitioner subsequently received a bond hearing on March 13, 2026.  [Doc. No. 8.]  The immigration judge "granted Petitioner bond in the amount of $1500 and permitted the application of Alternatives to Detention in ICE's discretion."  [*Id.*]

Petitioner has received the relief his Petition requested.  The Clerk of the Court shall close the case.

It is **SO ORDERED**.

Dated:  April 13, 2026

Hon. Cathy Ann Bencivengo
United States District Judge

1